DELOS L. HOSKINS, Respondent, v. FREDERICK E. ALLEN, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

B. HEINEMANN LUMBER COMPANY, Appellant, v. A. J. CHESTNUT LUMBER COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of LILLIE M. DURAND and Another, as Executors, etc., of JOHN E. DURAND, Deceased.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

STANLEY HATCH, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALBERT L. MOULTON, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GEORGE W. MALTBY & SONS COMPANY, Respondent, v. WALTER W. WADE and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JACOB BLEY, Respondent, v. JOSEPH WILLIAMS and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of JAMES T. DRISCOLL, an Attorney, for an Order Fixing and Determining His Fees and Declaring the Same to Be a Lien upon Moneys Now in the Hands of the Commissioner of Finance and Accounts of the City of Buffalo, Heretofore Awarded to FRANK CIAPPA, etc.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

U. S. L. BATTERY CORPORATION, Plaintiff, v. MAX KELMAN, Doing Business under the Firm Name and Style of KELMAN ELECTRIC COMPANY, Defendant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JOHN BONN, Respondent, v. MAX MORRIS, as Administrator of the Estate of MINNIE MORRIS, Deceased, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MIKE CYRONIS, as Administrator, etc., of BENJAMIN CYRONIS, Deceased, Appellant, v. MORRIS BRAUTMAN, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CARL H. RUDIGER, Respondent, v. JOEL PERKINS and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOHN L. WHITE, Respondent, v. JAMES O. SEBRING, Appellant, Impleaded with Another, Defendant.— Motion granted and two appeals dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.